ACCEPTED
03-15-00109-CR
7434049
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 1:47:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00109-CR

| | | |
|---|---|---|
| **CHELSEA PODOWSKI** | § | **IN THE THIRD COURT** |
| **v.** | § | **OF APPEALS** |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 1:47:23 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE REPLY TO APEELLEE'S BRIEF

COMES NOW Chelsea Podowski, Appellant in the above-styled and numbered cause, by and through his undersigned counsel, and respectfully moves this Court to extend the time to file Appellant's brief.  In support thereof, and pursuant to TEX. R. APP. PROC. 10.5(b), Appellant would show as follows:

(A) Appellant's Reply to Appellee's Brief is due on October 20, 2015;

(B) Appellant seeks a 20 day extension;

(C) Undersigned counsel has not had adequate time to review the record, research the law, and write a reply in this case.

(D) One previous extensions have been requested.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be GRANTED.

Respectfully submitted,


/s/ James Gill_____
JAMES GILL
1201 Rio Grande Street, Ste. 200
Austin, Texas  78701
(512) 448-4560
(512) 308-6780 (Fax)
jgill@austin-criminallawyer.com
State Bar No. 24043692
ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's First Motion to Extend Time to File Reply Brief was served on the Travis County District Attorney, P.O. Box 1748, Austin, Texas, 78767, by mail and electronic transmission (AppellateTCDA@co.travis.tx.us) and the Court of Appeals, on this the 19th day of October, 2015.


/s/ James Gill_____
JAMES GILL

2